# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PATRICIA M. HARLEY R.N., MARTHA MOODY R.N., HOLLY DICARLO R.N. AND WENDY POYNOR R.N. FOR THEMSELVES AND AS REPRESENTATIVES OF OTHERS SIMILARLY SITUATED, | : | No. 689 MAL 2021 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HEALTHSPARK FOUNDATION (F/K/A NORTH PENN COMMUNITY HEALTH FOUNDATION) AND DAVID T. SHANNON JOSH SHAPIRO, ATTORNEY GENERAL, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | | |
| PATRICIA M. HARLEY R.N., MARTHA MOODY R.N., HOLLY DICARLO R.N. AND WENDY POYNOR R.N. FOR THEMSELVES AND AS REPRESENTATIVES OF OTHERS SIMILARLY SITUATED, | : | No. 690 MAL 2021 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HEALTHSPARK FOUNDATION (F/K/A NORTH PENN COMMUNITY HEALTH FOUNDATION) AND DAVID T. SHANNON JOSH SHAPIRO, ATTORNEY GENERAL, | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| PATRICIA M. HARLEY R.N., MARTHA MOODY R.N., HOLLY DICARLO R.N. AND | : | No. 691 MAL 2021 |
| | : | |

WENDY POYNOR R.N. FOR
THEMSELVES AND AS
REPRESENTATIVES OF OTHERS
SIMILARLY SITUATED,

                  Petitioners

            v.

HEALTHSPARK FOUNDATION (F/K/A
NORTH PENN COMMUNITY HEALTH
FOUNDATION) AND DAVID T. SHANNON
JOSH SHAPIRO, ATTORNEY GENERAL,

                  Respondents

:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

PATRICIA M. HARLEY R.N., MARTHA
MOODY R.N., HOLLY DICARLO R.N. AND
WENDY POYNOR R.N. FOR
THEMSELVES AND AS
REPRESENTATIVES OF OTHERS
SIMILARLY SITUATED,

                  Petitioners

            v.

HEALTHSPARK FOUNDATION (F/K/A
NORTH PENN COMMUNITY HEALTH
FOUNDATION) AND DAVID T. SHANNON
JOSH SHAPIRO, ATTORNEY GENERAL,

                  Respondents

:  No. 692 MAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

PATRICIA M. HARLEY R.N., MARTHA
MOODY R.N., HOLLY DICARLO R.N. AND
WENDY POYNOR R.N. FOR
THEMSELVES AND AS
REPRESENTATIVES OF OTHERS
SIMILARLY SITUATED,

                  Petitioners

:  No. 693 MAL 2021
:
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:

[689 MAL 2021, 690 MAL 2021, 691 MAL 2021, 692 MAL 2021, 693 MAL 2021, 694
MAL 2021, 695 MAL 2021, 696 MAL 2021, 697 MAL 2021, 698 MAL 2021 and 699
MAL 2021] - 2

v.                                        :
                                          :
                                          :
HEALTHSPARK FOUNDATION (F/K/A            :
NORTH PENN COMMUNITY HEALTH              :
FOUNDATION) AND DAVID T. SHANNON         :
JOSH SHAPIRO, ATTORNEY GENERAL,          :
                                          :
         Respondents                      :
                                          :
PATRICIA M. HARLEY R.N., MARTHA          :    No. 694 MAL 2021
MOODY R.N., HOLLY DICARLO R.N. AND       :
WENDY POYNOR R.N. FOR                     :
THEMSELVES AND AS                         :    Petition for Allowance of Appeal
REPRESENTATIVES OF OTHERS                :    from the Order of the Superior Court
SIMILARLY SITUATED,                       :
                                          :
         Petitioners                      :
                                          :
                                          :
         v.                               :
                                          :
                                          :
HEALTHSPARK FOUNDATION (F/K/A            :
NORTH PENN COMMUNITY HEALTH              :
FOUNDATION) AND DAVID T. SHANNON         :
JOSH SHAPIRO, ATTORNEY GENERAL,          :
                                          :
         Respondents                      :
                                          :
PATRICIA M. HARLEY R.N., MARTHA          :    No. 695 MAL 2021
MOODY R.N., HOLLY DICARLO R.N. AND       :
WENDY POYNOR R.N. FOR                     :
THEMSELVES AND AS                         :    Petition for Allowance of Appeal
REPRESENTATIVES OF OTHERS                :    from the Order of the Superior Court
SIMILARLY SITUATED,                       :
                                          :
         Petitioners                      :
                                          :
                                          :
         v.                               :
                                          :
                                          :

[689 MAL 2021, 690 MAL 2021, 691 MAL 2021, 692 MAL 2021, 693 MAL 2021, 694
MAL 2021, 695 MAL 2021, 696 MAL 2021, 697 MAL 2021, 698 MAL 2021 and 699
MAL 2021] - 3

HEALTHSPARK FOUNDATION (F/K/A   :
NORTH PENN COMMUNITY HEALTH   :
FOUNDATION) AND DAVID T. SHANNON  :
JOSH SHAPIRO, ATTORNEY GENERAL,  :
   :
     Respondents

PATRICIA M. HARLEY R.N., MARTHA  :   No. 696 MAL 2021
MOODY R.N., HOLLY DICARLO R.N. AND  :
WENDY POYNOR R.N. FOR  :
THEMSELVES AND AS  :   Petition for Allowance of Appeal
REPRESENTATIVES OF OTHERS  :   from the Order of the Superior Court
SIMILARLY SITUATED,  :
   :
     Petitioners  :
   :
   :
   :
     v.  :
   :
   :
HEALTHSPARK FOUNDATION (F/K/A   :
NORTH PENN COMMUNITY HEALTH   :
FOUNDATION) AND DAVID T. SHANNON  :
JOSH SHAPIRO, ATTORNEY GENERAL,  :
   :
     Respondents  :

PATRICIA M. HARLEY R.N., MARTHA  :   No. 697 MAL 2021
MOODY R.N., HOLLY DICARLO R.N. AND  :
WENDY POYNOR R.N. FOR  :
THEMSELVES AND AS  :   Petition for Allowance of Appeal
REPRESENTATIVES OF OTHERS  :   from the Order of the Superior Court
SIMILARLY SITUATED,  :
   :
     Petitioners  :
   :
   :
     v.  :
   :
   :
HEALTHSPARK FOUNDATION (F/K/A   :
NORTH PENN COMMUNITY HEALTH   :
FOUNDATION) AND DAVID T. SHANNON  :
JOSH SHAPIRO, ATTORNEY GENERAL,  :
   :
     Respondents  :

[689 MAL 2021, 690 MAL 2021, 691 MAL 2021, 692 MAL 2021, 693 MAL 2021, 694
MAL 2021, 695 MAL 2021, 696 MAL 2021, 697 MAL 2021, 698 MAL 2021 and 699
MAL 2021] - 4

| | | |
|---|---|---|
| PATRICIA M. HARLEY R.N., MARTHA MOODY R.N., HOLLY DICARLO R.N. AND WENDY POYNOR R.N. FOR THEMSELVES AND AS REPRESENTATIVES OF OTHERS SIMILARLY SITUATED, | : : : : : : : | No. 698 MAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : | |
| v. | : : : | |
| HEALTHSPARK FOUNDATION (F/K/A NORTH PENN COMMUNITY HEALTH FOUNDATION) AND DAVID T. SHANNON JOSH SHAPIRO, ATTORNEY GENERAL, | : : : : : | |
| Respondents | : | |

| | | |
|---|---|---|
| PATRICIA M. HARLEY R.N., MARTHA MOODY R.N., HOLLY DICARLO R.N. AND WENDY POYNOR R.N. FOR THEMSELVES AND AS REPRESENTATIVES OF OTHERS SIMILARLY SITUATED, | : : : : : : : | No. 699 MAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : | |
| v. | : : : | |
| HEALTHSPARK FOUNDATION (F/K/A NORTH PENN COMMUNITY HEALTH FOUNDATION) AND DAVID T. SHANNON JOSH SHAPIRO, ATTORNEY GENERAL, | : : : : : | |
| Respondents | : | |

## <u>ORDER</u>

[689 MAL 2021, 690 MAL 2021, 691 MAL 2021, 692 MAL 2021, 693 MAL 2021, 694 MAL 2021, 695 MAL 2021, 696 MAL 2021, 697 MAL 2021, 698 MAL 2021 and 699 MAL 2021] - 5

**PER CURIAM**

      **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.